IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CATHY CARR, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:19-CV-191-RP |
| NATIONAL PRESTO INDUSTRIES, INC., et al., | § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On September 12, 2020, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Defendants' Motion for Summary Judgment, (Dkt. 32), and Plaintiff's Motion for Summary Judgment, (Dkt. 39). (*See* R. & R., Dkt. 71). The Court's Order dismissed with prejudice Plaintiff Cathy Carr's complaint, (Dkt. 1).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own fees and costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on September 12, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE